537 A.2d 329

**Robert F. McCLOSKEY, Jr., a minor by his parents and natural guardians, Robert F. McCLOSKEY and Juliette McCloskey, and Robert McCloskey and Juliette McCloskey, in their own right**

v.

**ABINGTON SCHOOL DISTRICT, Petitioner,**

v.

**SPORTMASTER and UCS, Inc., c/o United Canvas and Sling.**

**No. 1006 E.D. Allocatur Docket 1986.**

Supreme Court of Pennsylvania.

Feb. 1, 1988.

Joseph W. McGuire, Catherine N. Jasons, Krusen Evans and Byrne, Philadelphia, Pa., for petitioner.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The order of the Commonwealth Court is vacated and the case remanded to that court for reconsideration in light of our decision in *Mascaro v. Youth Study Center,* 514 Pa. 351, 523 A.2d 1118 (1987).

LARSEN, J., dissents.